■ In the Matter of GARY WILLIAMS, Petitioner, v SORC BOGDAN, as Hearing Officer, et al., Respondents. [5 NYS3d 919]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.